IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| VIEW IQ, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) NO. 3:12-00341 |
| | ) Chief Judge Haynes |
| v. | ) |
| | ) |
| BAEX, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon the stipulation of dismissal (Docket Entry NO. 21) filed by Plaintiffs View IQ, Inc., and Check Velocity, Inc., and pursuant to Rule 41(a)(1) of the Fed. R. Civ. P., Plaintiffs' claims against Defendant Peter Scully are **DISMISSED without prejudice**. The Defendant Baex, LLC's motion to dismiss (Docket Entry No. 22) that is unopposed is **GRANTED** and Plaintiffs' claims against Defendant Baex, LLC are **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 19th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge